UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 10-1624-JST (CWx)                           Date:  September 21, 2011
Title:  O.A. Ventures, LLC v. Stoffal, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:
   Not Present                                          Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE WHY MARK
D. HOLMES SHOULD NOT BE DISQUALIFIED AS
COUNSEL**

On September 6, 2011, Plaintiff O.A. Ventures, LLC ("OVAL") and Cross-Defendant Carl Marciniak ("Marciniak") filed a motion requesting that the Court dismiss and bar all cross-claims and counter-claims against Marciniak in this action based on a settlement agreement between OVAL and Marciniak.  (Doc. 63.)  On September 12, 2011, Defendant and Cross-Claimant Tyrone Baron Rothschild ("Rothschild") objected to the requested dismissal on the grounds that OVAL and Marciniak are represented by the same counsel—Mark D. Holmes—and the settlement between them is therefore collusive.  (Doc. 64.)  Instead, Rothschild asserts that the Court should deny the dismissal of his cross-claims against Marciniak, and disqualify Mr. Holmes from representing OVAL and Marciniak because they are adverse parties.

On September 12, 2011, OVAL and Marciniak replied, arguing that Rothschild's objection to Mr. Holmes' continued representation of OVAL and Marciniak was immaterial because (i) the parties consented to settlement, and (ii) the Court is not obligated to conduct a fairness hearing regarding that settlement agreement.  (Doc. 65.)  OVAL and Marciniak did not address, however, the ethical rules favoring the disqualification of Mr. Holmes because he simultaneously represents parties with adverse interests that have filed claims against each other in this case.

Accordingly, the parties are ORDERED to appear before this Court on **October 24, 2011, at 10 a.m.**, to show cause why Mr. Holmes should not be disqualified as counsel for OVAL and Marciniak.  The parties shall file any written response to this OSC no later than **October 10, 2011**.

Initials of Preparer:  enm

**CIVIL MINUTES – GENERAL**                                                      **1**